UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

       Plaintiff,

  -against-

ESTATE OF LILLIAN WIESNER, JOHN P.
MAFFEI, and 0.25 ACRES OF LAND,
MORE OR LESS, LOCATED AT 110
CUTTER MILL, ROAD GREAT NECK,
NEW YORK

       Defendants.
-------------------------------------------------------X

**ORDER ADOPTING R & R**
Civil Action No. 05-1634 (DRH)(AKT)

**HURLEY, Senior District Judge:**

  Presently before the Court is the Report and Recommendation, dated March 15, 2017, of Magistrate Judge A. Kathleen Tomlinson recommending that the motion of London Fischer LLP to withdraw as counsel for defendant John Maffei ("Maffei") be granted and that this matter be stayed for a reasonable period of time to allow Maffei to retain new counsel. More than fourteen days have elapsed since service of the Report and Recommendation and no objections have been filed.

  Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. The Court adopts the March 15, 2017 Report and Recommendation of Judge Tomlinson as if set forth herein. Accordingly,

  **IT IS HEREBY ORDERED** that the motion of London Fischer LLP to withdraw as counsel for defendant John Maffei is granted and this action is hereby stayed for 60 days from the

date of this Order (i.e. until June 26, 2017) to afford Maffei time to retain new counsel. The plaintiff is directed to serve a copy of this Order on defendant Maffei by overnight and regular mail and to file proof of service thereof on or before April 28, 2017.

Dated: Central Islip, N.Y.
April 24, 2017

/s/ Denis R. Hurley
Denis R. Hurley
United States District Judge